750 A.2d 90

IN THE MATTER OF SCOTT J. MARUM,
AN ATTORNEY AT LAW.

May 16, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SCOTT J. MARUM** formerly of **MORRIS-TOWN,** who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of one year effective April 19, 1999 by Order of this Court dated March 24, 1999, be restored to the practice of law, effective immediately.